v. *Katz*, 249 App. Div. 659.)   Lazansky, P. J., Hagarty, Carswell and Johnston, JJ., concur; Adel, J., concurs in result.

NEWTOWN LAUNDRY SERVICE, INC., Respondent, v. LEWIS WAKSMAN, Doing Business under the Firm Name and Style of MADAME LOUISE, Appellant.   LEWIS WAKSMAN, Doing Business under the Firm Name and Style of MADAME LOUISE, Appellant, v. NEWTOWN LAUNDRY SERVICE, INC., Respondent.— In a consolidated action, defendant in the first of two cross-actions for damage to property, who was plaintiff in the second action, appeals from an order of the Appellate Term affirming a judgment against appellant entered in the Municipal Court of the City of New York, Borough of Queens.   Order unanimously affirmed, with costs. No opinion.   Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

ORDER SONS OF ZION, Appellant, v. KINGSBORO LAND CORPORATION, Respondent.— Order denying plaintiff's application for a deficiency judgment against the defendant unanimously affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

SOPHIE PROKOPOWICZ, PETER PROKOPOWICZ, MARY KRUPICA and JOHN KRUPICA, Appellants, v. CHARLES T. WILLS INC., Appearing Herein as 286 FIFTH AVENUE CORPORATION, Respondent, and PHILIP SAWYER and Others, Defendants.   ANNA TABACINSKI and ANTHONY TABACINSKI, Appellants, v. CHARLES T. WILLS INC., Appearing Herein as 286 FIFTH AVENUE CORPORATION, Respondent, and PHILIP SAWYER and Others, Defendants.   MARY ZIELENIECKI, Appellant, v. CHARLES T. WILLS INC., Appearing Herein as 286 FIFTH AVENUE CORPORATION, Respondent, and PHILIP SAWYER and Others, Defendants.— Action by the female plaintiffs to recover damages for personal injuries, and by the respective husbands of some of such plaintiffs for loss of services and medical expenses, as the consequence of the fall of an office building elevator.   By stipulation, the appeals have been consolidated.   Orders granting respondent's motions to dismiss the respective complaints, and judgments entered thereon, unanimously affirmed, with one bill of ten dollars costs and disbursements.   No opinion.   Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEONORA BOURNE, Also Known as LENORA BOURNS, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting the defendant of the crime of perjury in the second degree, unanimously affirmed.   No opinion.   Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH CRAGE, Appellant.— Defendant appeals from a judgment of conviction of the crime of conspiring to cheat and defraud, after trial at the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings].   Judgment of conviction unanimously affirmed.   No opinion.   Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED LASALLE, Appellant.— Defendant appeals from a judgment of conviction of the crime of conspiring to cheat and defraud, after trial at the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings].   Judgment of conviction unanimously affirmed.   No opinion.   Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.